UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON R. CALLINS,<br><br>              Plaintiff,<br><br>       v.<br><br>C. PFEIFFER, et al.,<br><br>              Defendants. | Case No. 1:17-cv-00840-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPIES, WITHOUT PREJUDICE<br><br>(ECF NO. 22)<br><br>THIRTY-DAY DEADLINE |

Carlton Callins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 21, 2018, the Court found service of the Complaint appropriate, and, among other things, directed Plaintiff to submit thirteen copies of the Complaint to the Court. (ECF No. 20). On July 20, 2018, Plaintiff filed a motion for copies (ECF No. 22), asking the Court to direct the law librarian at his housing facility to allow him to make as many copies as he needs so that he can serve the defendants in this case.

Plaintiff's motion will be denied, without prejudice. It is not clear that the law library is denying Plaintiff's request to make the copies, necessitating a court order. Plaintiff already has the court's order that he make copies, which he can provide to the law library to show that it is necessary. Plaintiff does not allege that he asked the law librarian to allow him to make copies of

the Complaint. Plaintiff did not provide the law librarian's response. Finally, Plaintiff does not identify the law librarian or his housing facility.

Thus, the Court will deny Plaintiff's motion without prejudice, so he can file it again if he needs. Plaintiff should ask the law librarian for copies. He should show the law librarian the Court's order that Plaintiff make such copies. He may also show the law librarian this order, in which the Court hereby confirms that Plaintiff requires thirteen copies of his complaint in order to proceed with his case.

If the law librarian denied Plaintiff's request, Plaintiff can file this motion again. If so, he should attach any response from the law librarian and also include the law librarian's name.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for copies is DENIED, without prejudice to Plaintiff re-filing the motion with the information described above; and
2. Plaintiff has thirty days from the date of service of this order to complete and return the service documents (which are identified in the order dated June 20, 2018 (ECF No. 20)) or to file another motion for copies in compliance with the instructions above.

IT IS SO ORDERED.

Dated: **July 27, 2018**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE