IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON R. CALLINS,<br><br>Plaintiff,<br><br>v.<br><br>J. ESCUTIA, et al.,<br><br>Defendants. | Case No. 1:19-cv-00431-DAD-EPG (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**<br><br>Dispositive Motion<br>Filing Deadline:           July 16, 2020<br><br>Telephonic Trial<br>Confirmation Hearing:   May 10, 2021<br>                         Time: 1:30 pm.<br>                         Courtroom 5 (DAD)<br><br>Jury Trial:              July 13, 2021<br>                         Time: 8:30 a.m.<br>                         Courtroom 5 (DAD)<br><br>(ECF No. 53) |

On April 14, 2020, Defendants moved to continue the deadline for filing dispositive motions to July 16, 2020, in light of COVID-19. (ECF No. 53.) The Court finds good cause to grant the extension for the reasons in Defendants' motion (*id.*) and Defendants' counsel's accompanying affidavit, (ECF NO. 53-1).

Because dispositive motions are being continued for 90 days, the Court will also continue the pre-trial conference and trial for approximately the same amount of time.

The Court hereby amends the Scheduling Order as follows:

- Dispositive Motion Filing Deadline: July 16, 2020.

//

1  • Telephonic Trial Confirmation Hearing: May 10, 2021, at 1:30 p.m. To participate telephonically, the parties must dial into the conference at 877-402-9757, using access code 6966236, at the time of the hearing.

• Jury Trial: July 13, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **April 15, 2020**              /s/ Eric P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE