# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON R. CALLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. ESCUTIA, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00431-DAD-EPG (PC)<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 55) |

　　　　Plaintiff, Carlton R. Callins, and Defendants Cervantes, Padilla, Lopez, Escutia, Guzman and Pena, have filed a stipulation to dismiss all claims with prejudice. (ECF No. 45.) Pursuant to the stipulation, the case has ended and the case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

　　Dated:　**April 28, 2020**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE